# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1956

_____

In re: Larry Kenneth Alexander,          *
                                          *
                 Debtor,                  *
--------------------------------------    *
                                          *
Larry Kenneth Alexander,                  *
                                          *
                 Appellant,               *
                                          *   Appeal from the United States
          v.                              *   Bankruptcy Appellate Panel
                                          *   for the Eighth Circuit.
Mary Jo A. Jensen-Carter;                 *
Habbo G. Fokkena,                         *        **[UNPUBLISHED]**
                                          *
                 Appellees.               *

_____

Submitted:   October 21, 2003

Filed:   November 12, 2003

_____

Before RILEY, McMILLIAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Larry Kenneth Alexander appeals the Bankruptcy Appellate Panel's (BAP's) order affirming the bankruptcy court's[1] order (1) denying Alexander's motion to remove the trustee and to require the trustee to abandon certain real property, and (2) granting the trustee's 11 U.S.C. § 105 motion to enjoin Alexander from filing in the bankruptcy court further motions or proceedings related to the property or the trustee's administration of it. Finding no error, we affirm for the reasons stated by the BAP. See 8th Cir. R. 47B.

—————————————————

---

[1]The Honorable Dennis D. O'Brien, United States Bankruptcy Judge for the District of Minnesota.